**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00023-CMA-BNB

AMERICAN NATIONAL BANK, as Trustee of the Colorado Educational and Cultural Facilities Authority Revenue Bonds (CCI Preschool Project) Series 2007A and the Colorado Educational and Cultural Facilities Authority Revenue Bonds (CCI Preschool Project) Series 2007B (Taxable),

    Plaintiff,

v.

CHALLENGES, CHOICES & IMAGES, INC.,

    Defendant.

## ORDER TRANSFERRING CASE

This matter, having come before the Court on Defendant's Motion To Refer Case To U.S. Bankruptcy Court and/or To Consolidate With Adversary Proceeding (Doc. # 7), and the Court having reviewed D.C.COLO.LCivR 84.1, Bankruptcy Matters, and being otherwise advised in the premises, it is

ORDERED that, pursuant to D.C.COLO.LCivR 84.1, this matter is hereby transferred to the United States Bankruptcy Court for the District of Colorado, as it involves property belonging to the Debtor in Case No. 08-25802. It is

FURTHER RECOMMENDED that this case be consolidated with Adversary Proceeding 09-01012 ABC.

DATED: January __22__, 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge